FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8632

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Jose Antonio SANDOVAL, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about July 12, 2008, within the Southern District of California, defendant Jose Antonio SANDOVAL did knowingly and intentionally import approximately 19.38 kilograms (42.63 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy Ballard
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2         v.
3  Jose Antonio SANDOVAL
4
5                    STATEMENT OF FACTS
6      This statement of facts is based on the reports, documents, and notes furnished
7  to U.S. Immigration and Customs Enforcement Special Agent Timothy Ballard.
8      On July 12, 2008, at approximately 2035 hours, Jose Antonio SANDOVAL
9  entered the United States at the Calexico, California, East Port of Entry. SANDOVAL
10 was the driver of a 1993 Acura, bearing California license plate 3DDA766. SANDOVAL
11 was the registered owner and lone occupant of the vehicle. The Customs and Border
12 Protection (CBP) Officer inspected the vehicle on primary. CBP Officer Diaz noticed
13 that SANDOVAL was avoiding eye contact with her. CBP Officer Diaz referred
14 SANDOVAL to vehicle secondary for an intensive inspection.
15     In the vehicle secondary lot, a Canine inspection of the vehicle was performed.
16 The canine alerted and responded to the rear passenger area of the vehicle.
17     A subsequent inspection of the vehicle revealed 17 packages concealed inside
18 both back doors and in the spare tire, which was in the trunk. One of the packages was
19 probed, revealing a green, leafy substance, which subsequently field-tested positive for
20 marijuana. The 17 packages had a combined net weight of approximately 19.38
21 kilograms (42.63 pounds).
22     SANDOVAL was placed under arrest and advised of his Constitutional Rights,
23 which he acknowledged and waived. SANDOVAL admitted knowledge of the marijuana
24 and smuggling venture.
25     SANDOVAL was booked into the Imperial County Jail pending his initial
26 appearance before a U.S. Magistrate Judge.
27
28
29